IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRITTANI KIRBY, KAREEM SULLIVAN, AND JENNIFER PARK** Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>V.<br><br>**FIC RESTAURANTS, INC.,**<br><br>  Defendant. | INDEX NO.: 5:19-CV-1306 (FJS/ML) |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXPEDITED PRELIMINARY APPROVAL OF REVISED SETTLEMENT AGREEMENT

Plaintiffs, through their counsel, files this Unopposed Motion for Expedited[1] Preliminary Approval of the Revised Settlement Agreement and General Release ("Agreement"; Exhibit 1) negotiated with counsel for Defendant, after this Court's Memorandum Decision and Order dated May 28, 2020. For the reasons set forth below, in addition to the extended discussion contained in Plaintiffs' Memorandum of Law filed April 14, 2020 (Dkt. #18), Plaintiffs submit that the Revised Settlement Agreement addresses the Court's previously expressed concerns and satisfies the notice and procedures required by Fed. R. Civ. Pro. 23 and the Fair Labor Standards Act ("FLSA").

 A. **Revised Settlement Agreement**.

The Revised Settlement Agreement and General Release provides for Preliminary Approval by the Court of the Parties' settlement and stipulation, for settlement purposes, the New York Class and the proposed FLSA Collective. (See Exhibit 1, §§ 2.17, 2.21 and 2.28).

---

[1] Plaintiffs' request for expedited preliminary approval of the revised settlement agreement continues to be based on the Defendant's precarious financial condition as described in Plaintiffs' Memorandum of Law filed April 14, 2020, at pp. 11-12. (Dkt #14).

Once preliminary approval is granted, the approved Settlement Claims Administrator will be authorized to provide the New York Class and proposed FLSA Collective with the "*Notice of Pendency of Class and Collective Action Lawsuit and Settlement*" (attached to the Revised Settlement Agreement as Exhibit 1) to members of the New York Class and FLSA Collective along with the *Claim Form* and its attachments, both of which were negotiated by the Parties after this Court's earlier Memorandum Decision and Order (See Agreement, §§2.2, 3.2 (E)).

The Notice informs members of the New York Class and FLSA Collective of: (1) the nature of the Litigation and claims asserted; (2) the preliminarily approved Settlement and terms of the Settlement, including the formula for Individual Settlement Payments; (3) the Claim Form; (4) the options available to each member of the class or collective; (5) the consequences of each option, (6) how they may exercise their options; (7) the deadlines they have to make their decisions; and (8) the Final Settlement Approval Hearing (See Notice, ¶¶1, 3, 4, 6, 7(a)-(d) and 8).

The Claim Form (attached to the Notice) will be individualized to each member of the New York Class or FLSA Collective, setting forth the number of weeks and hours each worked according to the Defendant's records, providing each member the opportunity to agree with the Defendant's records or to dispute the records and submit what he/she considered to be correct information and reminding them of the deadlines to complete and return the Claim Form to the Claims Administrator (Claim Form, ¶¶ 1-3). The New York Class and FLSA Collective are informed that by returning a completed Claim Form, they consent to the settlement and have elected to participate in the settlement and receive an Individual Settlement Payment. (See Agreement, §2.8; Notice, ¶6 and 7(a)). Claim Forms returned by members of the FLSA Collective shall serve as their "Opt-in" to the Litigation and will be filed by counsel for

Plaintiffs' with the Court prior to the Final Approval Hearing (Agreement, §§2.8, 2.25; Notice ¶7(a).

Members of the New York Class, in accordance with Rule 23, are also advised of their right to "Opt-out" of the Litigation and Settlement, and that by doing so they are not bound by the Settlement, any judgment entered in the case, and they are not deemed to have released any claims. They are also informed of their right to Object to the Settlement. (Notice, ¶7 (c)-(d), "*Your Options*").

After the Notices and Claim Forms have been distributed by the Claims Administrator, and the deadline expires for timely return by the members of the New York Class or FLSA Collective of either a Claim Form, Opt-Out, or Objection, the Final Approval Hearing will be held by the Court to determine whether to finally approve the Settlement and authorize the Claims Administrator to withdraw monies from the Qualified Settlement Fund to distribute to the Final Settlement Class Members (Agreement, §§2.14, 2.16, 2.18).

**B. Plaintiffs' Memorandum of Law Filed April 14, 2020 (Dkt #18).**

As set forth in Plaintiffs' previously filed Memorandum of Law, the terms of the negotiated settlement are fair and reasonable (See Plaintiffs' Memorandum of Law, pp. 8-12, 13-21), especially in light of the Defendant's precarious financial position (pp.11-12). For all the reasons set forth above, as well as in Plaintiff's previously filed Memorandum of Law, and in the Declarations of Plaintiffs' counsel, James E. Murphy, Frank S. Gattuso, and Joseph A. Fitapelli, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Expedited Order Preliminarily approving the Revised Settlement Agreement, approving the Settlement Claims Administrator, and its mailing of the Notice and Claim Form, and schedule a

Final Approval Hearing within 75 days or as or as soon as practical thereafter according to the Court's schedule.

Dated: New York, New York
June 15, 2020

                                                  **VIRGINIA & AMBINDER, LLP**

                                                  /s/ James E. Murphy
James Emmet Murphy
**VIRGINIA & AMBINDER, LLP**
40 Broad Street, Seventh Floor
New York, New York 10004
(212) 943-9080

                                                        -and-

Frank S. Gattuso
**GATTUSO & CIOTOLI, PLLC**
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000

Joseph A. Fitapelli
Frank J. Mazzaferro
**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
(212) 300-0375

*Attorneys for the Plaintiffs and the Putative Class*

43177945.1