UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTANI KIRBY, KAREEM SULLIVAN, AND JENNIFER PARK Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>FIC RESTAURANTS, INC.,<br><br>Defendant. | Case No. 19-CV-1306(FJS/ML)<br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that upon the Declaration of James Emmet Murphy and annexed exhibits and memorandum of law in support, the undersigned will move this Court at the United States Courthouse for the Northern District of New York, located at 100 S. Clinton Street, Syracuse, NY 13261, before the Honorable Frederick J. Scullin, Jr., on September 18, 2020, for an Order granting final approval of the settlement of this class action, along with an award for professional fees and costs and service awards, and such other relief the Court sees fit.

Dated: New York, New York
September 9, 2020

VIRGINIA & AMBINDER, LLP
_____/s_____
James Emmet Murphy
VIRGINIA & AMBINDER, LLP
40 Broad Street, Seventh Floor
New York, New York 10004
(212) 943-9080

-and-

Frank S. Gattuso
GATTUSO & CIOTOLI, PLLC
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000

-and-

Joseph A. Fitapelli
Frank J. Mazzaferro
FITAPELLI & SCHAFFER, LLP
28 Liberty Street, 30th Floor
New York, New York 10005
(212) 300-0375

*Attorneys for the Plaintiffs and the Putative Class*